USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1158 GERMAIN RAMIREZ-FERNANDEZ, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Germain Ramirez-Fernandez on brief pro se. _________________________ Jay P. McCloskey, United States Attorney, and F. Mark Terison, _________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ December 22, 1997 ____________________ Per Curiam. We have carefully reviewed the briefs ___________ and the record on appeal. We affirm essentially for the reasons given by Magistrate Judge in his Recommended Decision, which was adopted by the District Court.  Affirmed. Loc. R. 27.1. ________ -2-